1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL PEREZ, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CORE & MAIN LP, a Florida limited partnership; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 5:20-cv-01821-MCS-KK<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES, AND A CLASS REPRESENTATIVE ENHANCEMENT PAYMENT (ECF No. 35) |

# ORDER

On March 7, 2022, this Court conducted a hearing on Plaintiff's Motion for Attorneys' Fees, Costs and Expenses, and a Class Representative Enhancement Payment. Having carefully considered the papers, evidence, and arguments presented, the Court finds and orders as follows:

1. The Court finds that the requested award of attorneys' fees in the amount of $183,333, or thirty percent of the common fund created by the settlement, is reasonable here. Evidence submitted by Plaintiff demonstrates that the requested costs and expenses of $13,775 are fair and reasonable. Plaintiff also has shown a class representative enhancement payment of $5,000 is reasonable in light of the time and effort he expended pursuing the litigation and the size of the enhancement relative to other class members' recovery.

2. The Court accordingly awards $183,333 in attorneys' fees and $13,775 in costs and expenses.

3. The Court awards a class representative enhancement payment of $5,000 to Ishmael Perez.

**IT IS SO ORDERED.**

Dated: March 9, 2022

Mark C. Scarsi
United States District Judge