JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL PEREZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORE & MAIN LP, a Florida limited partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-01821-MCS-KK<br><br>[PROPOSED] JUDGMENT |

# JUDGMENT

Pursuant to the Order Granting the Motion for Final Approval of the Class Action Settlement and the Order Granting the Motion for Attorneys' Fees, Costs and Expenses, and a Class Representative Enhancement Payment (collectively "Order"), it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Order and the Joint Stipulation of Class Action and PAGA Settlement and Release ("Settlement Agreement"). Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. As provided by the Order, all Class Members who did not timely and properly opt out from the Settlement are barred from pursuing, or seeking to reopen, any of the Released Class Claims, as defined by the Settlement Agreement. Consistent with the definitions provided in the Settlement Agreement, the Settlement Class consists of: All persons employed by Defendant in the State of California in non-exempt positions at any time from June 30, 2016 through November 15, 2021.

3. As provided by the Order, all PAGA Members are barred from pursuing, or seeking to reopen, any of the Released PAGA Claims, as defined by the Settlement Agreement.

4. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment entered herein.

**IT IS SO ORDERED.**

Dated: March 9, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE